# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 24, 2021

## NO. 03-21-00439-CV

**Paul Earl Dorsey, Appellant**

**v.**

**The State of Texas et al., Appellee**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, KELLY, SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on August 17, 2021. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.